IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HEATHER JORDAN**                                                                                          **PLAINTIFF**

V.                            **CASE NO. 4:21-CV-00359-JM-ERE**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

DATED this 6th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE